OFFICE OF DISCIPLINARY COUNSEL *v.* CAYWOOD.

[Cite as Disciplinary Counsel *v.* Caywood (1989), 46 Ohio St. 3d 186.]

(No. 89-1093—Submitted August 15, 1989—Decided November 15, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Charles T. Brown,* for relator.

*Edwin H. Jacobs,* for respondent.

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, we suspend respondent from the practice of law for two years but stay the suspension pending his successful completion of two years of monitored probation. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.